JUNE 11, 1970

No. 1598. GIBSON ET AL. v. KUGLER ET AL. Appeal from D. C. N. J. Motions to dispense with printing jurisdictional statement and to dispense with printing motion to dismiss or affirm granted. Motion to advance granted. Judgment affirmed. MR. JUSTICE MARSHALL took no part in the consideration or decision of these matters.

JUNE 15, 1970*

No. 1359. POWELL, SECRETARY OF STATE OF ILLINOIS, ET AL. v. MANN ET AL.; and

No. 1444. MANN ET AL. v. POWELL, SECRETARY OF STATE OF ILLINOIS, ET AL. Appeals from D. C. N. D. Ill. Judgment affirmed. Reported below: 314 F. Supp. 677.

No. 1456. BEELINE EXPRESS, INC. v. UNITED STATES ET AL. Appeal from D. C. Colo. Judgment affirmed.

No. 1489. WATERMEIER ET AL. v. LOUISIANA STADIUM AND EXPOSITION DISTRICT ET AL. Appeal from D. C. E. D. La. Judgment affirmed.

No. 1503. BERGERMAN ET AL. v. LINDSAY, MAYOR OF THE CITY OF NEW YORK, ET AL. Appeal from Ct. App. N. Y. dismissed for want of jurisdiction. Treating the papers whereon the appeal was taken as a petition for writ of certiorari, certiorari denied.

*MR. JUSTICE MARSHALL took no part in the consideration or decision of the orders of this date.